427 A.2d 1221

Commonwealth v. Wolf, Appellant.

Submitted September 13, 1979. Keith L. Kilgore, for appellant; Thomas S. Long, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

427 A.2d 1222

Commonwealth v. Wright, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.